

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00395-CV

Susan **COSTNER**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  August 13, 2014

APPEAL DISMISSED FOR LACK OF JURISDICTION

The trial court signed an Order Dismissing Petition to Establish the Parent-Child Relationship on September 14, 2000. On March 3, 2014, appellant filed a "Motion for Leave to File Late Notice of Appeal" in this court in appellate cause number 04-14-00146-CV. Because it did not appear as if appellant had filed a notice of appeal, this court ordered appellant to file a written response establishing that she had timely filed her notice of appeal. Appellant did not respond, and this court denied her motion as moot and dismissed the appeal for want of jurisdiction on April 30, 2014.

On May 1, 2014, appellant filed a notice of appeal in this appellate cause number. However, because it appeared this court lacks jurisdiction over an appeal from a final judgment that was signed almost fourteen years ago, we ordered appellant to show cause in writing why this appeal should not be dismissed. Appellant has not responded; therefore, this appeal is dismissed for lack of jurisdiction.

PER CURIAM